# First District Court of Appeal
## State of Florida

_____

No. 1D18-3304
_____

JENARD CHRISTOPHER KETTER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Linda F. McCallum, Judge.

October 23, 2019

PER CURIAM.

AFFIRMED.

RAY, C.J., and ROBERTS and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Rachael Elizabeth Reese of O'Brien Hatfield, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, and Benjamin Louis Hoffman, Assistant Attorney General, Tallahassee, for Appellee.